# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1502

_____

Jilani Haye Jama

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 26, 2013
Filed: December 31, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jilani Haye Jama petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's adverse decision. After careful consideration of the petition, we find no basis for reversal. See 8 U.S.C. § 1252(a)(2)(B)(i)-(ii) (no court shall have jurisdiction to review grant or denial of discretionary relief); Fofanah v. Gonzales, 447 F.3d 1037, 1040 (8th Cir. 2006)

(adverse credibility finding was fatal to claims for asylum, withholding of removal, and relief under Convention Against Torture because they were all based upon same discredited testimony).  Accordingly, the petition for review is denied.  <u>See</u> 8th Cir. R. 47B.

_____